| | |
|---|---|
| DISTRICT COURT<br><br>CITY AND COUNTY OF DENVER, COLORADO | DATE FILED: August 6, 2013 11:28 AM |
| **Plaintiff:** SUSAN BURNS<br><br>**Defendants:** FREDDIE MAC, et al | Case Number: **13CV535**<br><br>Courtroom: **203** |
| **SHOW CAUSE ORDER** ||

THIS MATTER is before the Court, *sua sponte*.

The Parties are hereby ORDERED to show cause in writing within thirty-five (35) days of this date why the matter should not be dismissed for failure to comply with one or more of the following:

1. The Court's Delay Reduction Order and/or Alternate Dispute Resolution Order.
2. Failure to prosecute. C.R.C.P. 41(b)(2) and C.R.C.P. 121 Section 1-10.
3. Failure to file pleadings pursuant to C.R.C.P. 16.

In the absence of such showing, the case will be dismissed without prejudice and **without further notice.** Costs shall be awarded pursuant to C.R.S. 13-16-113(1).

DATED: August 6, 2013

BY THE COURT:

Edward D. Bronfin
District Court Judge

cc: Plaintiff