IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 13-cv-2109-WJM-KLM

SUSAN BURNS,

    Plaintiff,

v.

FREDDIE MAC,
BANK OF AMERICA, and
DOES 1 THROUGH 30, INCLUSIVE,

    Defendants.
_____

**ORDER ADOPTING JUNE 8, 2015 RECOMMENDATION OF MAGISTRATE JUDGE, GRANTING FREDDIE MAC'S MOTION TO DISMISS**
_____

This matter is before the Court on the June 8, 2015 Recommendation of United States Magistrate Judge Kristen L. Mix (the "Recommendation") (ECF No. 42) that Defendant Freddie Mac's Motion to Dismiss (ECF No. 36) be granted.  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation.  (ECF No. 42 at 19.)  Despite this advisement, no objections to the Magistrate Judge's Recommendation have to date been received.

The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only

satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

(1) The Magistrate Judge's Recommendation (ECF No. 42) is ADOPTED in its entirety;

(2) Defendant Freddie Mac's Motion to Dismiss (ECF No. 36) is GRANTED; and

(3) Plaintiffs Claims asserted against Defendant Freddie Mac are hereby DISMISSED. Plaintiff's First (Breach of Contract), Second (usury), Third (fraud and deceit), and Fourth (intentional misrepresentation) claims are DISMISSED WITH PREJUDICE. Plaintiff's first cause of action based on alleged breach of the Deed of Trust is DISMISSED WITHOUT PREJUDICE. Plaintiff's fifth claim (slander) as to Defendant Freddie Mac is also DISMISSED WITHOUT PREJUDICE. Each party shall pay her or its own attorney's fees and costs.

Dated this 1st day of July, 2015.

BY THE COURT:

William J. Martínez
United States District Judge